```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF CALIFORNIA
                              CIVIL MINUTES
```

| Case Title : | David Medina and Melanie Lynn Medina | Case No : | 11-22083 - A - 7 | |
|---|---|---|---|---|
| | | Date : | 5/16/11 | |
| | | Time : | 10:00 | |
| Matter : | [18] - Motion for Relief from Automatic Stay [ASW-1] Filed by Creditor U.S. Bank National Association (Fee Paid $150) (jjas) | | | UNOPPOSED |
| Judge : | Michael S. McManus | | | |
| Courtroom Deputy : | Sarah Head | | | |
| Reporter : | NOT RECORDED | | | |
| Department : | A | | | |

APPEARANCES for :
Movant(s) :
None
Respondent(s) :
None

MOTION was :
Dismissed without prejudice
See final ruling below.

The court will issue a minute order.

Final Ruling: The motion will be dismissed without prejudice because the certificate of service indicates that the trustee was served by mail at an incomplete address, P.O. Box 576097. The correct and complete address is P.O. Box 576097 Modesto, California 95357. Accordingly, service is defective.