FILED
May 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D28

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** | David Medina and Melanie Lynn Medina |
| **Case No :** | 11-22083 - A - 7 |
| **Date :** | 5/16/11 |
| **Time :** | 10:00 |
| **Matter :** | [18] - Motion for Relief from Automatic Stay [ASW-1] Filed by Creditor U.S. Bank National Association (Fee Paid $150) (jjas) |
| **Judge :** | Michael S. McManus |
| **Courtroom Deputy :** | Sarah Head |
| **Reporter :** | NOT RECORDED |
| **Department :** | A |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

### CIVIL MINUTE ORDER

The motion is ORDERED DISMISSED without prejudice for the reasons stated in the ruling appended to the minutes.

Dated: May 17, 2011

By the Court

_/s/ Michael S. McManus_
Michael S. McManus
United States Bankruptcy Judge