

FORM L51 Final Decree (v.7.06)

11-22083 - A - 7

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**6/3/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

# FINAL DECREE

Case Number: 11-22083 - A - 7

Debtor Name(s), Social Security Number(s), and Address(es):

David Medina
xxx-xx-9191

7655 Andrea Ave.
Stockton, CA 95207

Melanie Lynn Medina
xxx-xx-2522

7655 Andrea Ave.
Stockton, CA 95207

| | |
|---|---|
| Trustee: | Gary Farrar<br>PO Box 576097<br>Modesto, CA 95357 |
| Telephone Number: | 209-551-1962 |

Office of the United States Trustee:

For cases in the Sacramento Division and Modesto Division: 501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division: 2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
6/3/11

For the Court,
Wayne Blackwelder , Clerk